UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LARRY THORNTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:17-cv-52-RWS |
| | § | |
| WEST COAST LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Larry Thornton ("Plaintiff") and Defendant West Coast Life Insurance Company ("Defendant") move to dismiss with prejudice all claims and move to order that all costs and expenses relating to this litigation up to the time of dismissal be borne by the party incurring same. A proposed order accompanies this Motion pursuant to Local Rule CV-7(a).

Dated: August 1, 2017

Respectfully submitted,

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
Kelly B. Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Blvd.
Texarkana, Texas  75503
Telephone: (903) 792-5859
Facsimile: (903) 792-8233

**ATTORNEYS FOR PLAINTIFF**

/s/ *Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com

**ATTORNEYS FOR DEFENDANT WEST COAST LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CMRRR on this 1st day of August 2017.

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson