UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LARRY THORNTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:17-cv-52-RWS |
| | § | |
| WEST COAST LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a) is GRANTED. All claims are DISMISSED WITH PREJUDICE, and each party shall bear its own costs and expenses incurred in connection with this matter. All other relief is denied.

SO ORDERED.

**SIGNED this 2nd day of August, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

**ORDER** – Solo page